IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MC-15

LACY LEE WILLIAMS )
    Plaintiff )
     )
    vs. )    O R D E R
     )
RALEIGH POLICE DEPARTMENT, et al. )
    Defendant(s) )

The papers filed by the plaintiff in this case are hereby returned to plaintiff for failure to comply with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

( )   The pleading entitled "" was not signed or did not have an original signature.

( )   The pleading was not on 8 1/2" by 11" paper. All pleadings submitted must be on standard letter size paper.

(X)   The pleading did not contain a case name and number. In order to be able to quickly and accurately process pleadings, they must provide the case name *and* the case number assigned to the action by the Clerk's Office for the Eastern District of North Carolina. An action is initiated by the filing of a civil complaint or by the filing of a petition for writ of habeas corpus.

( )   Other:

For the foregoing reasons, these papers are being returned unprocessed. You have the right to re-submit these papers for processing upon compliance with the Federal Rules of Civil Procedure and the local rules of this court.

So ordered this __10__ day of February, 2011.

                         WILLIAM A. WEBB
                         UNITED STATES MAGISTRATE JUDGE